### ERIC J. YOUNGQUIST *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 51 Conn. App. 96 (AC 17540), is denied.